MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA L. STIER (DCBN 423256)
Assistant United States Attorney
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-7000
Fax:        (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WINERTHAN CHIU, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et. al., <br><br> Defendant. | NO. C14-1607-JSW <br><br> STIPULATED REQUEST FOR CONDITIONAL DISMISSAL AND [PROPOSED] ORDER |

It is hereby Stipulated and Agreed by the parties herein as follows:

1. The parties hereto, through their respective counsel, are advising this Court that they have agreed to a settlement of this action.

2. The terms of the settlement involve consideration that will take between 60 to 90 days to deliver.

3. Accordingly, the parties request that this action be dismissed with prejudice and that all dates be vacated provided, however, that if either party certifies to this Court, with a proof of service of a copy on opposing counsel, within 90 days from the date of the Order of Dismissal, that the agreed

//

//

Stip Request For Conditional Dismissal &
[proposed] Order; C-14-1607-JSW               1

consideration for the settlement has not been delivered over, that the Order of Dismissal shall stand vacated, and the action be restored to the calendar to be set for a case management conference.

SO STIPULATED

MELINDA HAAG
United States Attorney

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney

NEIL P. CHERUBIN
Attorney for Winerthan Chiu

SO ORDERED this 27th day of October, 2014.

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Stip Request For Conditional Dismissal &
[proposed] Order; C-14-1607-JSW            2